

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 17, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

Re: Lourdes Romero v. Astrue
    07 Civ. 10703 (CM) (THK)

**MEMO ENDORSED**

Dear Judge Katz:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. Due to the press of work, I have not been able to review the administrative record. Therefore, with the consent of plaintiff pro se, I respectfully request a sixty-day extension of time from March 17, 2008, to May 16, 2008, to respond to the complaint.

This is defendant's first request for an extension of time to respond to the complaint.

Thank you for your consideration of this request.

*[Handwritten: The response to the Complaint shall be filed by May 16, 2008. Any reply shall be filed by June 6, 2008.]*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: ~~Lourdes Romero~~
    ~~Plaintiff Pro Se (by regular~~ mail)

3/18/08
**SO ORDERED**
_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
COUNSEL OF RECORD ON 3/18/08