

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

May 16, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:   Lourdes Romero v. Astrue
           07 Civ. 10703 (CM) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of defendant's answer, I encountered several issues that require that I seek additional information from the Agency. Because the information that the Agency will provide likely will affect defendant's response to the complaint, I will be unable to file the answer by today, May 16, 2008. Therefore, with the consent of plaintiff pro se, I respectfully request a thirty-day extension of time from May 16, 2008, until June 16, 2008 (June 15, 2008 falls on a Sunday), to respond to the complaint.

    This is defendant's second request for an extension of time, as the answer was originally due on March 17, 2008.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Lourdes Romero, Plaintiff Pro Se (by overnight mail)

*[Handwritten memo endorsement:]* Defendant's answer and/or motion shall be filed by June 16, 2008. Plaintiff's reply shall be filed by June 30, 2008.

SO ORDERED
5/19/08
/s/ Theodore H. Katz
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 5/19/08