

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

June 13, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

    Re:  Lourdes Romero v. Astrue
          07 Civ. 10703 (CM) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties have verbally agreed to a voluntary remand in this case. Therefore, with the consent of plaintiff pro se, I respectfully request an extension of two weeks from June 16, 2008, until June 30, 2008, to submit a signed stipulation of remand.

    Two prior extensions have been granted to defendant as the answer was originally due on March 17, 2008.

    Thank you for your consideration of this request.

                          Respectfully,

                          MICHAEL J. GARCIA
                          United States Attorney

          By:   */s/ Leslie A. Ramirez-Fisher*
                LESLIE A. RAMIREZ-FISHER
                Assistant U.S. Attorney
                Telephone: (212) 637-0378
                Fax: (212) 637-2750

cc: Lourdes Romero Plaintiff Pro Se (by overnight mail)

*Granted.*

**SO ORDERED**

6/16/08   */s/ Theodore H. Katz*
─────────────────────────
THEODORE H. KATZ
**UNITED STATES MAGISTRATE JUDGE**

COPIES MAILED
TO COUNSEL OF RECORD ON 6/16/08