ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
LOURDES ROMERO,                     :
                                    :
                      Plaintiff,    :
                                    :
         - v. -                     :   STIPULATION AND ORDER
                                    :        OF REMAND
MICHAEL J. ASTRUE,                  :   07 Civ. 10703 (CM)(THK)
Commissioner of                     :
Social Security,                    :
                                    :
                      Defendant.    :
- - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

COPIES MAILED
TO COUNSEL OF RECORD ON 6/18/08

for further administrative proceedings.  The Clerk is directed to enter judgment.  See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       May 30, 2008

                          *Lourdes Romero*
                          LOURDES ROMERO
                          Plaintiff <u>Pro</u> <u>Se</u>
                          462 East 182nd Street
                          Apt. #2
                          Bronx, New York 10457
                          Telephone No. (718) 220-0936

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant

                By: *Leslie A. Ramirez-Fisher*
                     LESLIE A. RAMIREZ-FISHER
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, New York  10007
                     Telephone No.: (212) 637-0378
                     Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 6/18/08

_____
United States Magistrate Judge